22cv1497

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHERINE ANNE LUTZ,<br><br>Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>Defendant. | CASE NO.: 1:22-cv-01497-GSA<br><br>**ORDER TO COMPLETE CONSENT/DECLINE FORM** |

Plaintiff was to complete the form of consent/decline to proceed before a United States Magistrate Judge within 90 days of the case filing, and the form is therefore overdue.

Accordingly, Plaintiff is **directed** to complete the consent/decline form (Doc. 3-2) within 14 days of the entry of this order.

IT IS SO ORDERED.

Dated:   **December 5, 2023**          **/s/ Gary S. Austin**
                                             UNITED STATES MAGISTRATE JUDGE