## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**CATHERINE ANN LUTZ,**

CASE NO: **1:22–CV–01497–TLN–GSA**

v.

**COMMISSIONER OF SOCIAL SECURITY,**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 10/9/24**

**Keith Holland**
Clerk of Court

ENTERED: **October 9, 2024**

by: /s/ A. Salmeron
Deputy Clerk