# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHERINE ANN LUTZ,<br><br>Plaintiff,<br><br>vs.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security,<br>Social Security Administration,<br><br>Defendant. | Case No. 1:22-cv-01497-TLN-GSA<br><br>**ORDER GRANTING JOINT MOTION FOR SETTLEMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL JUSTICE ACT, 28 § 2412(d)** |

Based upon the Joint Motion for Settlement of Attorney Fees Pursuant to the Equal Justice Act, 28 U.S.C. § 2412(d) and costs of suit:

**IT IS ORDERED** that fees in the amount of $8200.00 as authorized by 28 U.S.C. § 2412(d) be awarded subject to the terms of the Joint Motion, and $402.00 for costs.

Dated: December 20, 2024

_____
Troy L. Nunley
Chief United States District Judge